IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ANTOINE WARREN,** )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>**C.O.I. TERRANCE BROWN,** )<br>**et al.,** )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:15cv221-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint stipulation of dismissal (doc. no. 56), which includes a motion to dismiss, it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted and this cause is dismissed in its entirety with prejudice and with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of November, 2016.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**